# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 1:11-CV-01314-WJM-CBS

Plaintiff:
ZAMIN PRECIOUS MINERALS LIMITED,

vs.

Defendant:
JOHN J. SIEGEL, JR., STEVEN RICKMEIER, RICKMEIER ADVISORS, INC., RICKMEIER PARTNERS, L.P., AND HALAS ENERGY, LLC.,

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY 10019-6799

Received these papers to be served on JOHN J. SIEGEL, JR., 1534 STARKS BUILDING, LOUISVILLE, KY 40202.

I, Tracy V. Marshall, being duly sworn, depose and say that on the 20th day of May, 2011 at 3:45 pm, I:

Personally served the above Named Individual with a true copy of the Summons In A Civil Action, Complaint, Civil Cover Sheet & Practice Standards For Civil And Criminal Matters Before William J. Martinez by personal delivery to the Subject at the above address.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 230, Hair: Brown, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 24th [23rd crossed out] day of May, 2011 by the affiant who is personally known to me.

Tracy V. Marshall

ADAM T. NESVICK
NOTARY PUBLIC, STATE AT LARGE
KENTUCKY
MY COMMISSION EXPIRES JUNE 12, 2014

Our Job Serial Number: CSU-2020097147
Ref: 09617001