# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 1:11-CV-01314-WJM-CBS

Plaintiff:
ZAMIN PRECIOUS MINERALS LIMITED,

vs.

Defendant:
JOHN J. SIEGEL, JR., STEVEN RICKMEIER, RICKMEIER ADVISORS, INC., RICKMEIER PARTNERS, L.P., AND HALAS ENERGY, LLC.,

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY 10019-6799

Received these papers to be served on **STEVEN RICKMEIER, 851 GLOUCESTER CROSSING, LAKE FOREST, IL 60045**.

I, Shaun T. Dolan, being duly sworn, depose and say that on the **20th day of May, 2011** at **10:35 am**, I:

Personally served the above Named Individual with a true copy of the Summons In A Civil Action, Complaint, Civil Cover Sheet & Practice Standards For Civil And Criminal Matters Before William J. Martinez by personal delivery to the Subject at the above address.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 61, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 265, Hair: Grey, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 23rd day of May, 2011 by the affiant who is personally known to me.

Shaun T. Dolan
Process Server

"OFFICIAL SEAL"
Thomas F Dolan III
Notary Public, State of Illinois
My Commission Expires 5/12/2013

Our Job Serial Number: CSU-2020097148
Ref: 09617001

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g