# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 1:11-CV-01314-WJM-CBS

Plaintiff:
ZAMIN PRECIOUS MINERALS LIMITED,

vs.

Defendant:
JOHN J. SIEGEL, JR., STEVEN RICKMEIER, RICKMEIER ADVISORS, INC., RICKMEIER PARTNERS, L.P., AND HALAS ENERGY, LLC.,

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY  10019-6799

Received these papers to be served on **RICKMEIER ADVISORS, 851 GLOUCESTER CROSSING, LAKE FOREST, IL 60045.**

I, Shaun T. Dolan, being duly sworn, depose and say that on the **20th day of May, 2011** at **10:35 am**, I:

Served the above named Entity by delivering a true copy of the Summons In A Civil Action, Complaint, Civil Cover Sheet & Practice Standards For Civil And Criminal Matters Before William J. Martinez to Steven Rickmeier, Agent, who stated that he is authorized to accept on behalf of the above named Entity.

**Description** of Person Served:  Age: 61,  Sex: M,  Race/Skin Color: White,  Height: 6'2",  Weight: 265,  Hair: Grey,  Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 23rd day of May, 2011 by the affiant who is personally known to me.

Shaun T. Dolan
Process Server

Our Job Serial Number: CSU-2020097149
Ref: 09617001

"OFFICIAL SEAL"
Thomas F Dolan III
Notary Public, State of Illinois
My Commission Expires 5/12/2013

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g