# Affidavit of Process Server

ZAMIN PRECIOUS MINERALS, LIMITED     VS     JOHN J. SIEGEL, JR.     11-CV-1314
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE NUMBER

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served HALAS ENERGY, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET & PRACTICE STANDARDS FOR A CIVIL AND CRIMINAL MATTERS BEFORE WILLIAM J. MARTINEZ

by leaving with SCOTT LASCALA (PROCESS AGENT)     At
NAME     RELATIONSHIP

☐ Residence
ADDRESS     CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE
ADDRESS     CITY / STATE

On 5/20/11 AT 12:30 PM
DATE     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY     STATE     ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
DATE TIME DATE TIME
(3)_____ _____ (4)_____ _____ (5)_____ _____
DATE TIME DATE TIME DATE TIME

AGE 35    Sex M    Race W    Height 6'0    Weight 200    HAIR BLACK

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 23RD day of MAY ,2011.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES
January 15, 2012

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS