IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1314 –WJM - CBS

ZAMIN PRECIOUS MINERALS LIMITED,

Plaintiff,

v.

JOHN J. SIEGEL, JR.,
STEVEN RICKMEIER,
RICKMEIER ADVISORS, INC.,
RICKMEIER PARTNERS, L.P., and
HALAS ENERGY, LLC,

Defendants.

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and D.C.COLO.LCivR 7.4, Defendants Rickmeier Advisors, Inc., Rickmeier Partners, L.P., and Halas Energy, LLC, state the following:

1. Defendant Rickmeier Advisors, Inc., is an Illinois corporation. It has no parent entities and there is no publicly held corporation that owns more than 10% or more of its stock.

2. Defendant Rickmeier Partners, L.P. is a Delaware partnership. It has no parent entities and there is no publicly held corporation that owns more than 10% or more of its stock.

3. Defendant Halas Energy, LLC is a Delaware limited liability company. It has no parent entities and there is no publicly held corporation that owns more than 10% or more of its stock.

DATED: June 3, 2011.                    Respectfully Submitted,

                                                    HAYNES & HAYNES, LLC.

                                                   *s/ David M. Haynes*
                                                   David M. Haynes
                                                   2960 Diagonal Hwy. Ste 207
                                                   Boulder, Colorado 80301
                                                   Email: dmhaynes@earthlink.net
                                                   Telephone: 303/449-3891

*Attorneys For Defendants, John J. Siegel, Jr., Steven Rickmeier, Rickmeier Advisors, Inc., Rickmeier Partners, L.P., And Halas Energy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2011 I electronically filed the foregoing **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Marc E. Kasowitz, Esq.
Kasowitz, Benson, Torres, & Friedman LLP
mkasowitz@kasowitz.com

Aaron H. Marks, Esq.
Kasowitz, Benson, Torres, & Friedman LLP
amarks@kasowitz.com

Daniela Raz, Esq.
Kasowitz, Benson, Torres, & Friedman LLP
draz@kasowitz.com

Zhonette M. Brown, Esq.
Brownstein Hyatt Farber Schreck, LLP
zbrown@bhfs.com

I also have caused a true and correct copy of the foregoing **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** to be served via United States Mail, postage prepaid, AND addressed as follows:

Marc E. Kasowitz, Esq.
Aaron H. Marks, Esq.
Daniela Raz, Esq.
Kasowitz, Benson, Torres, & Friedman LLP
1633 Broadway
New York, NY 10019

Zhonette M. Brown, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, 22nd Floor
Denver, Colorado  80202

*s/ David M. Haynes*
David M. Haynes
2960 Diagonal Hwy. Ste 207
Boulder, Colorado  80301
Email: dmhaynes@earthlink.net
Telephone:  303/449-3891