IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1314 –WJM - CBS

ZAMIN PRECIOUS MINERALS LIMITED,

        Plaintiff,

v.

JOHN J. SIEGEL, JR.,
STEVEN RICKMEIER,
RICKMEIER ADVISORS, INC.,
RICKMEIER PARTNERS, L.P., and
HALAS ENERGY, LLC,

        Defendants.

---

## DEFENDANTS' NOTICE OF RELATED CASES

---

Pursuant to D.C.COLO.LCivR 7.5, Defendants, John J. Siegel, Jr., Steven Rickmeier, Rickmeier Advisors, Inc., Rickmeier Partners, L.P., and Halas Energy, LLC, hereby give notice that there are no related cases pertaining to the above-referenced matter.

DATED: June 3, 2011.        Respectfully Submitted,

        HAYNES & HAYNES, LLC.

        *s/ David M. Haynes*
        David M. Haynes
        2960 Diagonal Hwy. Ste 207
        Boulder, Colorado 80301
        Email: dmhaynes@earthlink.net
        Telephone: 303/449-3891

        *Attorneys For Defendants, John J. Siegel, Jr., Steven Rickmeier, Rickmeier Advisors, Inc., Rickmeier Partners, L.P., And Halas Energy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2011 I electronically filed the foregoing **DEFENDANTS' NOTICE OF RELATED CASES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Marc E. Kasowitz, Esq.
Kasowitz, Benson, Torres, & Friedman LLP
mkasowitz@kasowitz.com

Aaron H. Marks, Esq.
Kasowitz, Benson, Torres, & Friedman LLP
amarks@kasowitz.com

Daniela Raz, Esq.
Kasowitz, Benson, Torres, & Friedman LLP
draz@kasowitz.com

Zhonette M. Brown, Esq.
Brownstein Hyatt Farber Schreck, LLP
zbrown@bhfs.com

I also have caused a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF RELATED CASES** to be served via United States Mail, postage prepaid, AND addressed as follows:

| | |
|---|---|
| Marc E. Kasowitz, Esq.<br>Aaron H. Marks, Esq.<br>Daniela Raz, Esq.<br>Kasowitz, Benson, Torres, & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Zhonette M. Brown, Esq.<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street, 22nd Floor<br>Denver, Colorado 80202 |

*s/ David M. Haynes*
David M. Haynes
2960 Diagonal Hwy. Ste 207
Boulder, Colorado 80301
Email: dmhaynes@earthlink.net
Telephone: 303/449-3891