**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-1314-WJM-CBS

ZAMIN PRECIOUS MINERALS LIMITED,

        Plaintiff,

v.

JOHN J. SIEGEL, JR.,
STEVEN RICKMEIER,
RICKMEIER ADVISORS, INC.,
RICKMEIER PARTNERS, L.P., and
HALAS ENERGY, LLC,

        Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF AARON H. MARKS**

---

Aaron H. Marks of the law firm of Kasowitz, Benson, Torres & Friedman LLP hereby enters his appearance as counsel for plaintiff Zamin Precious Minerals Limited.

Respectfully submitted this 6th day of June, 2011.

        **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

        *s/ Aaron H. Marks*
        Marc E. Kasowitz, Esq.
        Aaron H. Marks, Esq.
        Daniela Raz, Esq.
        1633 Broadway
        New York, NY 10019
        Email: mkasowitz@kasowitz.com
                amarks@kasowitz.com
                draz@kasowitz.com
        (212) 506-1700

        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of June, 2011, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF AARON H. MARKS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address(es):

David Michael Haynes
Haynes & Haynes, LLC
2960 Diagonal Highway, #207
Boulder, CO 80301
303.449.3891
Email: *dmhaynes@earthlink.net*

**Counsel for Defendants John J. Siegel, Jr.,
Steven Rickmeier, Rickmeier Advisors, Inc.,
Rickmeier Partners, L.P. and Halas Energy, LLC**

*/s Cynthia A. Smith*
Cynthia A. Smith, Paralegal

15092\1\1543289.2