**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-1314-WJM-CBS

ZAMIN PRECIOUS MINERALS LIMITED,

        Plaintiff,

  v.

JOHN J. SIEGEL, JR.,
STEVEN RICKMEIER,
RICKMEIER ADVISORS, INC.,
RICKMEIER PARTNERS, L.P., and
HALAS ENERGY, LLC,

        Defendants.

### NOTICE OF ENTRY OF APPEARANCE OF DANIELA RAZ

Daniela Raz of the law firm of Kasowitz, Benson, Torres & Friedman LLP hereby enters her appearance as counsel for plaintiff Zamin Precious Minerals Limited.

Respectfully submitted this 6th day of June, 2011.

                                            **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

                                            *s/ Daniela Raz*
                                            Marc E. Kasowitz, Esq.
                                            Aaron H. Marks, Esq.
                                            Daniela Raz, Esq.
                                            1633 Broadway
                                            New York, NY 10019
                                            Email:  mkasowitz@kasowitz.com
                                                               amarks@kasowitz.com
                                                               draz@kasowitz.com
                                            (212) 506-1700

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of June, 2011, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF DANIELA RAZ** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address(es):

David Michael Haynes
Haynes & Haynes, LLC
2960 Diagonal Highway, #207
Boulder, CO 80301
303.449.3891
Email:  *dmhaynes@earthlink.net*

**Counsel for Defendants John J. Siegel, Jr.,
Steven Rickmeier, Rickmeier Advisors, Inc.,
Rickmeier Partners, L.P. and Halas Energy, LLC**

　　　　　　　　　　　　　　　　　　　　　　　　*/s Cynthia A. Smith*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Cynthia A. Smith, Paralegal

15092\1\1541769.1