IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01314-WJM -CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: June 27, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                                 *Counsel:*

ZAMIN PRECIOUS MINERALS LIMITED,           Daniela Raz
                                                                                  Zhonette Brown
         Plaintiff,


v.


JOHN J. SIEGEL, JR.,                                              David Haynes
STEVEN RICKMEIER,
RICKMEIER ADVISORS, INC.,
RICKMEIER PARTNERS, L.P., and
HALAS ENERGY, LLC,

         Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      2:32 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding settlement and a consent judgment.

**ORDERED**:   Joint Motion to Stay Proceedings Through November 30, 2011 and to Vacate Scheduling Order Dates [Docket No. 16, Filed June 20, 2011] is **GRANTED**.  The Court stays all proceedings, including the filing of an answer, through November 30, 2011.  If the parties do not file a Stipulated Motion to Dismiss on or before November 30, 2011, Plaintiff shall file a Consent Judgment on December 1, 2011.

HEARING CONCLUDED.   **Court in recess**:      **2:39 p.m.**     Total time in court:     00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.