## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-01314-WJM-CBS

ZAMIN PRECIOUS MINERALS LIMITED,

    Plaintiff,

v.

JOHN J. SIEGEL, JR.,
STEVEN RICKMEIER,
RICKMEIER ADVISORS, INC.,
RICKMEIER PARTNERS, L.P., and
HALAS ENERGY, LLC,

    Defendants.

_____

## ORDER GRANTING STIPULATED MOTION TO DISMISS
## ALL CLAIMS WITH PREJUDICE
_____

    This matter comes before the Court on the Defendants' Stipulated Motion to Dismiss with Prejudice All Claims, filed July 6, 2011 (ECF No. 23).  The Court being fully advised hereby ORDERS as follows:

    The Stipulated Motion to Dismiss is GRANTED.  All claims asserted, or which could have been asserted in the above-captioned action, are hereby DISMISSED WITH PREJUDICE.

Dated this 6th day of July, 2011.

BY THE COURT:

_____
William J. Martinez
United States District Judge